**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

UNITED STATES OF AMERICA

v.                                                   CASE NO: 8:15-CR-353-T-24AEP

YONIS TORRES-BELLO

_____/

**O R D E R**

**THIS CAUSE** comes before this Court on Defendant's Motion to Reduce Sentence (Dkt.152) under 18 U.S.C. § 3582(c)(2) based on USSG Amendment 782, a retroactive guideline amendment. S*ee* USSG § 1B1.10(d) (November 1, 2014). The Motion is DENIED.

Defendant was sentenced on March 15, 2016 after the November 1, 2014 effective date of Amendment 782. **The Court considered the Guideline made effective by Amendment 782 when it imposed sentence on March 15, 2016.** At sentencing, Defendant was held accountable for 959 kilograms of cocaine. His base offense level was 38. After Amendment 782 under section 2D1.1©, possession of 959 kilograms or more of Cocaine is still a level 38 Therefore, the amendment was considered at the time of sentencing.

**ACCORDINGLY**, it is **ORDERED AND ADJUDGED** that Defendant's motion is **DENIED**.

**DONE AND ORDERED** at Tampa, Florida, on the 12th day of January, 2017.

SUSAN C. BUCKLEW
United States District Judge

**COPIES FURNISHED TO**:
Counsel of Record
U.S. Probation
Defendant Yonis Torres-Bello, pro-se